dau, Respondent, v. Henry Solomons and Others, Appellants.— Judgments and orders affirmed, with costs. No opinion.

Abraham H. Barashick, Respondent, v. Leo Ritter and William C. Ritter, Appellants.— Judgment and order affirmed, with costs. No opinion.

Robert H. Simpson and Others, Doing Business under the Firm Name of Simpson, Pearce & Company, Appellants, v. Sherman National Bank, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Hans Rosenthaler, Appellant.—Judgment affirmed. No opinion.

Ferdinand P. Maupai, Appellant, v. Frederick E. Lawrie and Robert A. Lawrie, Respondents.— Order affirmed, with costs. No opinion. (Scott, J., dissented.)

· The People of the State of New York ex rel. Louis Sohn, Appellant, v. Mashbicher Congregation, Respondent.— Order affirmed, with costs. No opinion.

Moses Lindheim, Appellant, v. Varick Securities Company, Respondent, Impleaded with Samuel Welsch.— Judgment and order affirmed, with costs. No opinion.

Edward W. Hatch, Trustee, v. Walkup, Baldwin & Company, Incorporated.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order.

Ciro Borrelli, Respondent, v. Altro Realty Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

John T. Pirie, Respondent, Appellant, v. Joseph H. Emery, Appellant, Respondent. John T. Pirie, Respondent, Appellant, v. Philip A. Curran, Appellant, Respondent. John T. Pirie, Respondent, Appellant, v. Thomas F. Somers, Appellant, Respondent.— Judgments and orders affirmed, without costs. No opinion. Orders to be settled on notice.

Katherine Daly, as Administratrix, etc., of Walter A. Daly, Deceased, Respondent, v. Arthur Weisbecker, Appellant.—Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissented.)

Louis Fritsch, an Infant, by Frank Fritsch, His Guardian ad Litem, Respondent, v. Central Park, North and East River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Anna Amelia Phyfe, Respondent, v. Nettie Cohen, Appellant.— Judgment affirmed with costs. No opinion.

Francis Dunn, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

William O. Horn, Respondent, v. Kathleen Horn, Appellant.— Judgment affirmed. No opinion.

Daniel J. Leary, Appellant, v. Sandblom Iron Works, Inc., Interpleaded, etc., Respondent. (No. 1.) — Judgment affirmed, with costs. No opinion.

William Procter, Appellant, v. William W. Hall and Charles E. Hall, Individually and as Surviving Trustees of the Estate of Thomas R. A. Hall, Deceased, Respondents.— Judgment affirmed, with costs. No opinion.